UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-MDL-1570 (GBD)(SN) <br> ECF Case |
| This document relates to: <br> *Amin et al v. Islamic Republic of Iran*, No. 20-cv-00412 <br> *Anderson et al v. Islamic Republic of Iran*, No. 20-cv-00354 | |

**MOTION TO SUBSTITUTE PARTIES**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(d)**

Pursuant to Federal Rules of Civil Procedure 15(d), Plaintiffs in the above-captioned matters move the Court to allow substitution of the parties as identified on Exhibit A hereto. The individuals being substituted are each the duly-appointed successor Personal Representative of the estate of an individual who developed chronic and ultimately fatal medical conditions after 9/11-related environmental exposure ("Latent Injury Decedent"), following the death of the prior Personal Representatives for those estates.

Exhibit A identifies the Latent Injury Decedents, the existing Personal Representative for each, the duly-appointed successor Personal Representative(s) to be substituted in the pleading, including the capacity in which they seek to be substituted and state of residency, and the Complaint that refers to each Latent Injury Decedent.

Plaintiffs propose that, upon endorsement of Plaintiffs' Proposed Order, and to ease the burden on the Clerk of the Court's Office due to the size of this MDL, that Plaintiffs' Counsel be allowed to enter the substituted parties individually as a named plaintiff into the Court's ECF system.

1

Dated: June 24, 2024

Respectfully submitted,

*/s/ Barry Salzman*
Barry Salzman
Michael Barasch
Barasch & McGarry, P.C.
11 Park Place
18th Floor
New York, NY 10007
Phone: 212.385.8000
Fax: 212.385.7845

Aryeh S. Portnoy
Glen G. McGorty
Crowell & Moring LLP
590 Madison Avenue 20th Floor
New York, NY 10022
Phone: 212.223.4000
Fax: 212.223.4134

COUNSEL FOR PLAINTIFFS