**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re Terrorist Attacks on September 11, 2001 | 03-MDL-1570 (GBD)(SN)<br><br>ECF Case |
|---|---|
| This document relates to:<br><br>    *Amin et al v. Islamic Republic of Iran*, No. 20-cv-00412<br>    *Anderson et al v. Islamic Republic of Iran*, No. 20-cv-00354 | |

<u>**PLAINTIFFS' RENEWED MOTION FOR ENTRY OF PARTIAL FINAL DEFAULT
JUDGMENT ON BEHALF OF *AMIN* AND *ANDERSON* PLAINTIFFS**</u>

**PLEASE TAKE NOTICE** that, upon the accompanying declaration of Barry Salzman
and memorandum of law, together with the evidence filed in the above-captioned multidistrict
litigation, the Plaintiffs in the above-captioned matters (the "*Amin* and *Anderson* Plaintiffs"), by
and through their undersigned counsel, respectfully move this Court:

(1)      for a final order of partial judgment against Defendant the Islamic Republic of

Iran pursuant to 28 U.S.C. 1608(e) and Rules 54(b) and 55 of the Federal Rules of

Civil Procedure awarding each of the *Amin* and *Anderson* Plaintiffs listed in the

table in Exhibit B to the Proposed Order filed herewith, each of whom is a

personal representative of the estate of a U.S. citizen who was injured and

ultimately killed as a result of the September 11 attacks, and each of whom was

given leave to re-file a motion for damages, compensatory damages for pain and

suffering consistent with the amounts previously awarded to other victims of the

September 11 attacks, and prejudgment interest thereon at the rate of 4.96 per

annum, compounded annually for the period from September 11, 2001 until the

date of the judgment; and

(2)      for an order permitting the *Amin* and *Anderson* Plaintiffs listed in the table in

Exhibit B to the Proposed Order filed herewith to seek economic damages,

punitive damages, or other damages at a later date, consistent with any future

rulings made by this Court.

A Proposed Judgment is filed simultaneously with this Notice.


Dated: June 24, 2024                                  Respectfully submitted,

                                                     */s/ Barry Salzman*
                                                     Barry Salzman
                                                     Michael Barasch
                                                     Barasch & McGarry, P.C.
                                                     11 Park Place
                                                     18th Floor
                                                     New York, NY 10007
                                                     Phone: 212.385.8000
                                                     Fax: 212.385.7845

                                                     Aryeh S. Portnoy
                                                     Glen G. McGorty
                                                     Crowell & Moring LLP
                                                     590 Madison Avenue 20th Floor
                                                     New York, NY 10022
                                                     Phone: 212.223.4000
                                                     Fax: 212.223.4134

                                                     COUNSEL FOR PLAINTIFFS