USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/26/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03-MDL-1570 (GBD)(SN) ECF Case |
|---|---|

This document relates to:

*Amin et al v. Islamic Republic of Iran*, No. 20-cv-00412
*Anderson et al v. Islamic Republic of Iran*, No. 20-cv-00354

## ORDER

Upon consideration of Plaintiffs' motion to permit the substitution of successor Personal Representatives of the estates of Latent Injury Decedents for the previous Personal Representatives of those estates who have passed away; it is hereby

**ORDERED** that the Plaintiffs' motion is granted, and the individuals included on the attached Exhibit A are to be substituted as plaintiffs in the above captioned cases.

The Clerk of the Court is hereby directed to terminate the motion docketed at MDL ECF No. 9992, also docketed in related cases 20-cv-00354, at ECF No. 97, and 20-cv-00412, at ECF No. 103.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: June 26, 2024
New York, New York

**EXHIBIT A**

| Name of 9/11 Latent Injury Decedent (Last Name, First Name) | Name of Existing Personal Representative (Last Name, First Name) | Name of Substitute Party (Last Name, First Name) | Capacity of Substitute Party | State of Residency of Substitute Party at Time of Filing | Complaint ECF Filing |
|---|---|---|---|---|---|
| Buck, Rebecca A. | Buck, Ruth E. | Hoosein, Florence | Successor Personal Representative | New Jersey | 20-cv-00412, ECF 13 (*Amin v. Islamic Republic of Iran*) |
| Rossi, Roberto Carlo | Rossi, Valerie | Lynch, Jill<br>Rossi, Robin | Successor Co-Personal Representatives | New York | 20-cv-00412, ECF 13 (*Amin v. Islamic Republic of Iran*) |
| Shipsey, Michael F. | Shipsey, Eileen | Fischer, Lauren Ann | Successor Personal Representative | Florida | 20-cv-00354, ECF 11 (*Anderson v. Islamic Republic of Iran*) |